STATE of Missouri, Respondent,

v.

**Allen E. CURD, Appellant.**

**Allen CURD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 49200, WD 50911.**

Missouri Court of Appeals,
Western District.

Aug. 13, 1996.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### *ORDER*

PER CURIAM:

Allen E. Curd appeals his criminal convictions, following a jury trial, of two counts of possession of a controlled substance with the intent to deliver, § 195.211, RSMo 1994, and the subsequent denial of his Rule 29.15 motion for post-conviction relief. Curd was sentenced to two consecutive terms of ten years.

Judgment affirmed. Rules 30.25(b) and 84.16(b).